|  |
|---|
| **FILED** |
| January 27, 2011 |
| CLERK, US DISTRICT COURT |
| EASTERN DISTRICT OF CALIFORNIA |
| DEPUTY CLERK |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG. 11-0028-EFB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| KEN WONG, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |
| | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KEN WONG, Case No. MAG. 11-0028-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00

    _X_   Co-Signed Unsecured Appearance Bond

    ___   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    ___   (Other) _____.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  01-27-2011  at  2:20 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge