1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  DwightSamuelAtty@Yahoo.com
   (916) 447-1193
4
   Attorney for Defendant
5  KEN WONG

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )   NO. 11-CR-0056-LKK
12            Plaintiff,            )
                                    )
13 v.                               )   ORDER RE WAIVER OF DEFENDANT'S
                                    )   PRESENCE
14 KEN WONG,                        )
                                    )
15            Defendant.            )
                                    )
16 _____ )

17
        Defendant KEN WONG hereby waives the right to be present in person in open court
18
   upon the hearing of any motion or other proceeding in this cause, including, but not limited to,
19
   when the case is ordered set for trial, when a continuance is ordered, and when any other action
20
   is taken by the court before or after trial, except on arraignment, plea, impanelment of jury and
21
   imposition of sentence.
22
        Defendant hereby requests the court to proceed is his absence which the court may permit
23
   pursuant to this waiver; agrees that his interests will be deemed represented at all times by the
24
   presence of her attorney, Dwight M. Samuel, the same as if defendant were personally present;
25
   and further agrees to be present in court ready for trial any day and hour the court may fix in him
26
   absence.
27
        Defendant further acknowledges that he has been informed of his rights under Title 18
28

U.S.C. sections 3161 through 3174 (Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without defendant being present.

DATED: February 25, 2011

/S/Ken Wong
KEN WONG

DATED: February 25, 2011

/s/Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant

APPROVED: March 1, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT