UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-11-056 LKK

    Plaintiff,

  v.                          O R D E R

KEN WONG,

    Defendant.
_____/

    The defendant has requested the return of his passport. The government is to respond to the motion within five (5) days from the date of this order.

    IT IS SO ORDERED.

    DATED: May 23, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1